IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Charm City Hemp, LLC  *

Plaintiff,

*

v.  Case No. 1:25-cv-01744-RDB

*

Gov. Wes Moore

Defendant.  *

## DISCLOSURE OF CORPORATE INTEREST

Check all that apply:

☒ I certify, as party/counsel in this case that __Peace of Sunshine, LLC__
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

06/03/2025
Date

s/Nevin L. Young
Signature

**Nevin L. Young, 28604**
Printed name and bar number

170 West Street, Annapolis, MD 21401
Address

nevinyounglaw@gmail.com
Email address

410-353-9210
Telephone number

Fax number