IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Charm City Hemp, LLC                *

    Plaintiff,

                           *

v.                                      Case No. 1:25-cv-01744-RDB

Gov. Wes Moore                      *

    Defendant.                       *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☑ I certify, as party/counsel in this case that **Unlimited Experience Holding Company, LLC**
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____        _____
(name of member)                                              (state of citizenship)

_____        _____
(name of member)                                              (state of citizenship)

_____        _____
(name of member)                                              (state of citizenship)

_____        _____
(name of member)                                              (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

06/03/2025                                                     s/Nevin L. Young
Date                                                                Signature

**Nevin L. Young, 28604**
Printed name and bar number

170 West Street, Annapolis, MD 21401
Address

**nevinyounglaw@gmail.com**
Email address

**410-353-9210**
Telephone number

_____
Fax number